UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH REDING,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C17-5589 BAT

**ORDER GRANTING APPLICATION FOR FEES**

The Court GRANTS plaintiff's application for fees and costs, Dkt. 25, and ORDERS Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $12,493.37 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $8,197.14 that previously were awarded, leaving a net fee of $4,296.23. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $4,296.23, minus any applicable processing fees as allowed by statute.

DATED this 9th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION FOR FEES - 1